# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH TRACHTENBERG, M.D., <br><br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1-50, <br><br> Defendants. | Case No. 3:17-cv-05530-MMC <br><br> **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. The parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 26, 2018      By: *Maxine M. Chesney*
Honorable Maxine M. Chesney
United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4825-4849-6221 v1

- 1 -

CASE NO. 3:17-CV-05530-MMC
ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE